IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **STEVEN BRADLEY, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 1:23-cv-01100-RDA-WEF** |
| | ) | |
| **GANNETT CO, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT**
**AND TO DISMISS/STRIKE CLASS ALLEGATIONS**

Defendant Gannett Co., Inc. ("Gannett"), by counsel, and pursuant to Fed. Rs. Civ. P. 12(b)(1), 12(b)(6), 12(f), and 23(d), submits this Motion to Dismiss Complaint and to Dismiss/Strike Class Allegations.  The reasons for Gannett's motion are more fully explained in the accompanying memorandum of law.

1.      Named Plaintiffs allege race discrimination in violation of 42 U.S.C. § 1981. Complaint (attached as **Exhibit A**), ¶¶ 1-2, 20-21, 29, 33, 94-99.  Gannett seeks dismissal of Plaintiffs' individual race discrimination claims, which are nothing but speculation and conclusory allegations and/or complain about non-actionable conduct such as performance evaluations and/or a voluntary resignation.

2.      Plaintiffs' class action allegations are also conclusory and deficient.  As former employees, Plaintiffs lack standing to seek injunctive relief regarding any Gannett policy. Steven Bradley also lacks standing because he waived claims against Gannett in a separation agreement.  Barbara Augsdorfer also openly discussed her "Hispanic" heritage, so she lacks standing to represent any class of "non-minorities."  Any such class of "non-minorities" is also not ascertainable by any objective means.

3.      Moreover, Rule 23(b)(2) class certification is not proper where, as here, Plaintiffs seek monetary relief.  Plaintiffs do not plausibly allege commonality, and there is no commonality as a matter of law.  Therefore, employment decisions made by multiple managers at local newspapers throughout the country are not suitable for class certification.  Finally, Rule 23(c)(4) issue certification would not materially advance this litigation because individualized determinations regarding different employment decisions by different managers at different locations cannot be avoided.

4.      In their Complaint, Plaintiffs reference and rely upon the following documents, which are attached as exhibits to Gannett's Motion:

**Exhibit B:**   Gannett 2020 Inclusion Report (Complaint, ¶¶ 21-25)

**Exhibit C:**   Michael Kilian, *Sheila Rayam to Lead Gannett's Mohawk Valley Newsrooms*, UTICA OBSERVER-DISPATCH, March 22, 2021 (Complaint, ¶ 53)

**Exhibit D:**   Crane 2020 Performance & Development Review (Complaint, ¶ 62)

**Exhibit E:**   Steven Crane, A Year Like No Other, The Herald-Times, April 24, 2021 (Complaint, ¶ 65)

**Exhibit F:**   Barbara Augsdorfer Performance Improvement Plan (Complaint, ¶ 86)

5.      With respect to Gannett's submissions on standing and Plaintiffs' class allegations, Gannett also submits Attachment A, Declaration of Rana Cash, with annexed exhibit, and Attachment B, Declaration of Michelle Ferguson, with annexed exhibits.

WHEREFORE, Defendant Gannett Co., Inc. respectfully requests that the Court enter an order dismissing the Complaint in its entirety and granting such other relief the Court deems just, proper, and equitable.

Dated: November 24, 2023

/s/ Laurin H Mills
Laurin H. Mills (Va. Bar No. 79848)
**Werther & Mills, LLC**
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: (703) 547-4693
Facsimile: (240) 912-3031
Email: laurin@werthermills.com

Robert C. Weissflach (*pro hac vice*)
**Harter, Secrest & Emery LLP**
50 Fountain Plaza, Suite 1000
Buffalo, New York 14202
Telephone: (716) 844-3707
Facsimile: (716) 853-1617
Email: rweissflach@hselaw.com

Mark W. Batten (*pro hac vice*)
**Proskauer Rose LLP**
One International Place
Boston, Massachusetts 02110-2600
Telephone: (617) 526-9850
Facsimile: (617) 526-9899
Email: mbatten@proskauer.com

*Attorneys for Defendant Gannett Co., Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 24th day of November 2023, I electronically filed the foregoing

Motion to Dismiss Complaint and to Dismiss/Strike Class Allegations with the Clerk of Court

using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the

following attorneys for the Plaintiffs:

> Bernard J. DiMuro, Esq.
> DiMuroGinsberg, P.C.
> 1001 N. Fairfax Street, Suite 510
> Alexandria, VA 22314
> Email: bdimuro@dimuro.com

> J. Nelson Thomas, Esq.
> Adam T. Sanderson, Esq.
> Thomas & Solomon LLP
> 693 East Avenue
> Rochester, NY 14607
> Email:  nthomas@theemploymentattorneys.com
> asanderson@theemploymentattorneys.com

*/s/ Laurin H Mills*