# EXHIBIT D

## 2020 Performance & Development Review

Gannett

| | |
|---|---|
| Employee: | **Crane, Stephen D 400407** |
| Job Assignment: | **NEWS - Managing Editor E** |
| Manager: | **Andrews, Cynthia H 125992** |

Period:   1/1/2020 - 12/31/2020											Review Completed Date:   4/19/2021

Crane, Stephen D 400407's Avg. Rating											Andrews, Cynthia H 125992's Avg. Rating
**CONSISTENT ACHIEVER | Consistently achieves goals/tasks**						**INCONSISTENT ACHIEVER | Inconsistent in delivering goals/tasks**

## Employee Performance & Development

**What are the top 2-3 contributions made over the last 12 months? Tip: Think about the positive impact you had on your team and/or the business, or accomplishments that made you proud about your work.**

Stephen's Answer

Amid the absolute craziness that has largely defined the last year, my top contribution is getting 15 — now 16 — newspapers out the door each week, while also shepherding multiple newsrooms in the process. The job description has not entailed 30,000-foot supervision, but working in the trenches alongside newsroom colleagues in a year unlike any other. We've laughed, we've cried, and through it all, we've gotten the job done.

Despite the challenges and the setbacks, we've consistently delivered the most comprehensive news in our respective communities and continued to be the news authority.

Our work as government watchdog — particularly in the Morgan County newspapers — has been not only acknowledged by the community but applauded. They've voiced their support and appreciation for our efforts as we seek to hold those in power accountable to "we, the people." THAT goes to the heart of our journalistic mission, and keeps the fire lit.

Cynthia's Answer

Stephen kept the Hoosier Times papers publishing in 2020 amid editor and ownership changes, staff losses, furloughs and the pandemic.
He also has been a valuable resource for the new southern Indiana regional editor in understanding the Hoosier Times properties, including its staff and technology issues.

**What are 1 or 2 skill areas that you'd like to develop in the next 12 months? Tip: Think about what you'll need to level up in your current or a new role.**

Stephen's Answer

Always looking for ways to make our process more efficient and streamlined. Getting into Presto — and thus, on the same system as everybody else in Gannett — will be a big step in that direction. But there are always other ways, big and small, to tighten up the process.

I'd like to become far more adept on the digital side. As much of the digital work in smaller markets hinges on local newsrooms, I'd like to become far more methodical in our approach and maximize our impact — and hopefully, build subscriptions in the process.

Cynthia's Answer

Stephen, like most Hoosier Times staffers, has a lot of work to do this year in truly understanding and adopting Gannett's goals on diversity -- both in staffing and in coverage -- and on shaping coverage to meet digital readers' needs and grow subscriptions. As Stephen is relieved of Bloomington and the Hoosier Times group finally goes into Gannett systems, I look forward to working with him on prioritizing strong watchdog and enterprise journalism from his staff. He and I will work together on the training needed to make this pivot.

## Overall Contribution

Stephen's Avg. Rating											Cynthia's Avg. Rating
**CONSISTENT ACHIEVER | Consistently achieves goals/tasks**						**INCONSISTENT ACHIEVER | Inconsistent in delivering goals/tasks**

**Using the slider bar below, select the statement that best describes contributions:**

Stephen's Rating											Cynthia's Rating

**CONSISTENT ACHIEVER | Consistently achieves goals/tasks**
In light of the challenges this year has brought, I'm surprised I'm still operating with my sanity intact. It's been, by far, the most challenging year of my life in the news profession. That said, I feel as though I've performed consistently throughout, despite the craziness.

**INCONSISTENT ACHIEVER | Inconsistent in delivering goals/tasks**
In some ways, Stephen went above and beyond the call of duty in 2020. That effort is recognized and appreciated. On several occasions, however, he failed deliver in ways that related to a core Gannett value or our mission.

1. At least twice when major news broke in his region -- for example, the incident at the lake -- another newsroom had to cover the initial news because there was no weekend coverage and no plan for mobilizing staff in case of breaking weekend news. Breaking news and weekend staffing are critical to our mission of serving our community. Stephen has shown he can adapt: After the initial story, his newsroom did cover the incident, and he has since made staffing adjustments.

2. When the company rolled out a new diversity initiative, Stephen challenged then-top regional leader Rick Green and failed twice to deliver the column he was directed to write. In the end, Rick had to run a generic column for Stephen's site while all other newsrooms had columns written by local editors. While editors have every right to express their views about company decisions to their supervisors, at the end of the day it's critical that they are aligned with Gannett's core values, such as those on diversity and inclusion.

Stephen has been consistent in his ability to get papers out the door, and that's important. To be the leader he can be, he must understand and support Gannett's core values and mission.

## Signature

Employee:   Crane, Stephen D 400407

|  | 4/19/2021 |
|---|---|
| Signature | Date |

Comments
I respectfully but strenuously disagree with the "inconsistent achiever" rating. This past year was absolutely brutal, and yet I managed to keep the many ships afloat through dedication, determination and good ol' fashioned hard work. The two days of PTO I took at the end of March 2021 constituted the first PTO I've taken in more than a year. This, in and of itself, should speak volumes about my performance over the past year.
Thanks,
Stephen Crane

Comments