**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| STEVEN BRADLEY, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 1:23-cv-01100-RDA-WEF |
| GANNETT CO., INC., | ) |
| Defendant. | ) |

## [PROPOSED] ORDER ON GANNETT'S MOTION TO DISMISS

The Court, having considered the arguments in support of and in opposition to the Motion to Dismiss of Defendant Gannett Co., Inc. ("Gannett"), any opposition thereto, and the entire record herein, is of the opinion that said Motion is well taken and should be and is GRANTED.  This case is hereby dismissed with prejudice.

SO ORDERED this ___ day of _____, 202_.

_____
United States District Judge