IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| STEVEN BRADLEY, *et al.*, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No.: 1:23-cv-01100-RDA-WEF <br> ) |
| GANNETT CO., INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**GANNETT'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT
AND TO DISMISS/STRIKE CLASS ALLEGATIONS**

Defendant, Gannett Co., Inc. ("Gannett"), files this Notice to bring to this Court's attention *Duvall v. Novant Health, Inc*., No. 22-2142 (4th Cir. March 12, 2024) (copy attached as **Exhibit A**). Although *Duvall* involves a different statute and different procedural posture from the instant case, the discussion therein is relevant to a key aspect of Gannett's pending Motion to Dismiss Amended Complaint and to Dismiss/Strike Class Allegations (Dkts. 33-35).

Importantly, in *Duvall*, the Fourth Circuit did not find that all DEI programs are unlawful. Rather, it was the inclusion of race in a system-wide decision making process and evidence that the decision making process was the reason for Plaintiff's termination and subsequent replacement by minorities, that tipped the balance :

> To be clear, employers may, if they so choose, utilize D&I-type programs. What they cannot do is take adverse employment actions against employees based on their race or gender to implement such a program. And as recounted above, the evidence presented at trial in this case was more than sufficient for a reasonable jury to conclude that is precisely what Novant Health did to Duvall.

*Id*. at 22 n.10.

Gannett is pleased to submit additional briefing on the relevance of *Duvall* to the presently pending Motion to Dismiss if the Court so desires.

Dated: March 20, 2024                               Respectfully submitted,

                                                             */s/ Laurin H. Mills*
Laurin H. Mills (79848)
WERTHER & MILLS, LLC
2121 Eisenhower Ave., Suite 608
Alexandria, VA  22314
laurin@werthermills.com
(703) 547-4693
Fax (240) 912-3031

Robert C. Weissflach
*Admitted Pro Hac Vice*
Harter Secrest & Emery LLP
50 Fountain Plaza, Suite 1000
Buffalo, NY 14202-2293
rweissflach@hselaw.com
716.844.3707
Fax 716 (853)-1617

Mark W. Batten
*Admitted Pro Hac Vice*
Proskauer
One International Place
Boston, MA 02110-2600
mbatten@proskauer.com
(617) 526-9850
Fax (617) 526-9899

*Attorneys for Gannett Co., Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 20, 2024, I caused to be served a copy of the foregoing on Plaintiff via the Court's CM/ECF system and via electronic mail to the following:

Adam Thomas Sanderson
James Nelson Thomas
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607
asanderson@theemploymentattorneys.com
nthomas@theemploymentattorneys.com
*Admitted via Pro Hac Vice*

*Counsel for Plaintiffs, Steven Bradley, Barbara Augsdorfer and Logan Barry*

Bernard Joseph DiMuro
DiMuroGinsberg, P.C.
1001 N. Fairfax Street, Suite 510
Alexandria, VA 22314
bdimuro@dimuro.com

*Counsel for Plaintiffs, Steven Bradley, Barbara Augsdorfer and Logan Barry*

　　　　　　　　　　　　　　　　　　*/s/ Laurin H. Mills*
　　　　　　　　　　　　　　　　　　Laurin H. Mills