UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| STEVEN BRADLEY, STEPHEN CRANE, NOAH HILES, BARBARA AUGSDORFER, AND LOGAN BARRY *on behalf of themselves and all others similarly situated,*<br><br>    *Plaintiffs,*<br><br>    v.<br><br>GANNETT CO. INC.,<br><br>    *Defendant.* | Civil Action No.: 1:23-cv-01100 |

## SUGGESTION OF DEATH AND REPLACEMENT OF LOCAL COUNSEL

The plaintiffs hereby notify the Court that their local counsel, Bernard J. DiMuro, passed away on March 8, 2024. Replacement local counsel, Philip J. Harvey, noticed his appearance in this matter on April 5, 2024. The plaintiffs respectfully request that the Court to remove Mr. DiMuro as counsel.

Dated: April 10, 2024

Respectfully submitted,

STEVEN BRADLEY *et al.*
By Counsel

/s/ *Philip J. Harvey*
Philip J. Harvey (VSB #37941)
HARVEY LAW OFFICES, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
(571) 771-0028 (office)
(301) 785-2761 (cell)
(703) 888-1930 (facsimile)
pjharvey@harveylawofcs.com
*Counsel for Plaintiffs*

1

**THOMAS & SOLOMON PLLC**
J. Nelson Thomas, Esq. (*admitted pro hac vice*)
Adam T. Sanderson, Esq. (*admitted pro hac vice*)
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
asanderson@theemploymentattorneys.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify on this 10th day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                        /s/ *Philip J. Harvey*
                                        Philip J. Harvey, Esq.