# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| STEVEN BRADLEY, STEPHEN CRANE, NOAH HILES, BARBARA AUGSDORFER and LOGAN BARRY *on behalf of themselves and all others similarly situated,*<br><br><br>                    *Plaintiffs,*<br>        **v.**<br><br> GANNETT CO. INC.,<br><br><br>                    *Defendant.* | Civil Action No.: 1:23-cv-01100 |

## JOINT STIPULATION OF DISMISSAL

It is hereby jointly stipulated, pursuant to Rule 41(a)(1)(A)(ii), between the plaintiffs and the defendant that the individual claim of plaintiff Logan Barry that remained following this Court's September 3, 2025, Memorandum and Order is dismissed with prejudice, with all parties to bear their own costs and fees.

Dated:        September 24, 2025

HARVEY LAW OFFICES, PLLC

By:  *Philip J. Harvey*
Philip J. Harvey (VSB #37941)
717 King Street, Suite 200
Alexandria, VA 22314
(571) 771-0028 (telephone)
(301) 785-2761 (cell) (preferred)
(703) 888-1930 (facsimile)
pjharvey@harveylawofcs.com

Counsel for Plaintiffs

*/s/ Laurin H. Mills*

Laurin H. Mills (Va. Bar No. 79848)
**Werther & Mills, LLC**
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: (703) 547-4693
Facsimile: (240) 912-3031
Email: laurin@werthermills.com

Robert C. Weissflach (*pro hac vice*)
**Harter Secrest & Emery LLP**
50 Fountain Plaza, Suite 1000
Buffalo, New York 14202
Telephone: (716) 844-3707
Facsimile: (716) 853-1617
Email: rweissflach@hselaw.com

Mark W. Batten (*pro hac vice*)
**Proskauer Rose LLP**
One International Place
Boston, Massachusetts 02110-2600
Telephone: (617) 526-9850
Facsimile: (617) 526-9899
Email: mbatten@proskauer.com

*Attorneys for Defendant Gannett Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

*Philip J. Harvey*

Philip J. Harvey (VSB #37941)

2